# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00363-CV

**Michele Shimek, Appellant**

**v.**

**Texas Comptroller of Public Accounts, Appellee**

### FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-15-001681, THE HONORABLE DUSTIN M. HOWELL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on July 26, 2019. After this Court granted multiple motions requesting an extension of time to file her brief, appellant's brief was due on February 3, 2020. In granting the most recent extension by order, this Court advised appellant that no further extensions would be granted. To date, the brief has not been tendered for filing and is overdue. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Edward Smith, Justice

Before Justices Goodwin, Kelly, and Smith

Dismissed for Want of Prosecution

Filed: March 27, 2020